IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC BANK, TRAINER WORTHAM & COMPANY, INC., and DOES 1 through 500, inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-00430 WHA<br><br>**ORDER EXTENDING DEADLINE FOR MEDIATION** |

The Court has considered the joint motion by all parties to extend the deadline for completing the mediation and **GRANTS** same. A mediation in this case shall be completed by **SEPTEMBER 10, 2005**. All other dates in the case management order remain unchanged.

**IT IS SO ORDERED.**

Dated: August 15, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE