IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES GONZALES,

    Plaintiff,

  v.

FIRST REPUBLIC BANK, TRAINER WORTHAM & COMPANY, INC., and DOES 1 through 500, inclusive,

    Defendants.

No. C 05-00430 WHA

**ORDER REQUESTING STIPULATED DISMISSAL**

It is the Court's understanding that a settlement was reached during a mediation session on August 19, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **OCTOBER 3, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: September 19, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE