IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES GONZALES,

    Plaintiff,

  v.

FIRST REPUBLIC BANK; TRAINER WORTHAM & CO., INC, AND DOES 1 through 500, inclusive

    Defendants.

No. C 05-00430 WHA

**ORDER APPROVING STIPULATED DISMISSAL**

The stipulated dismissal of the above-captioned action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED.** The Clerk **SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: September 22, 2005

                                                 WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE